Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI
9350 South 150 East, Suite #500
Sandy, Utah 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH**

**CENTRAL DIVISION, SOUTHERN REGION**

| | |
|---|---|
| TIMOTHY FRY,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Defendant. | **PETITION FOR REMOVAL**<br><br>Case No.:　4:24-cv-00085-DN<br><br>Judge:　David Nuffer<br>Magistrate: |

Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, hereby petitions for removal of the above-entitled action from the Fifth Judicial District Court of Washington County, State of Utah, to the United States District Court for the District of Utah, Central Division, Southern Region.  By this petition, Defendant gives notice of the removal of this action.  This removal is made pursuant to 28 U.S.C. § 1441 and § 1446 and is proper and appropriate based upon the following:

    1.     On October 2, 2024, Defendant State Farm was served with the Summons and

Complaint in an action entitled *Fry v. State Farm Mutual Automobile Insurance Company,* Civil

No. 240500474, in the Fifth Judicial District Court in and for Washington County, State of Utah.

A copy of the summons and complaint is attached to this petition as Exhibit "A."

      2.      Pursuant to Local Rule 81-2(b)(2), a current copy of the state court docket sheet is

attached as Exhibit "B."

      3.      Pursuant to Local Rule 81-2(b)(3), the state court has not yet issued a scheduling

order or notice of event due dates.

      4.      Pursuant to Local Rule 81-2(a)(2)(A)(i), the Complaint alleges Plaintiff is a resident

of Utah. On information and belief, Plaintiff is domiciled in Utah.

      5.      Pursuant to Local Rule 81-2(a)(2)(A)(i), Defendant State Farm is an Illinois

incorporated insurance company with its principal place of business in Bloomington, Illinois, such

that, for diversity purposes, State Farm is a citizen of Illinois and not Utah.

      6.      Removal of this action is proper under 28 U.S.C. § 1441(b).  This Court has

diversity jurisdiction over this matter as defendant State Farm is a foreign corporation, and Plaintiff

is a citizen of the State of Utah.  In addition, Plaintiff's complaint elects Tier 3 designation,

meaning Plaintiff is seeking in excess of $300,000. *Davis v. Smith's Food and Drug Center, Inc.*,

2023 WL 4764008, *2 (D. Utah 2023) ("Utah's civil rules explicitly permit plaintiffs to plead the

appropriate discovery tier rather than a specific amount of damages. And pleading that an action

qualifies as a Tier 3 case is equivalent to asserting $300,000 or more in damages—well in excess

of the $75,000 cutoff for diversity jurisdiction described in 28 U.S.C. § 1332(a)."). Also, Plaintiff

was demanding State Farm's $250,000 policy limit before suit was filed.

7.      This Notice of Removal is filed within thirty (30) days after service of the Complaint, as required by 28 U.S.C. § 1441(b), and the removal is proper based upon diversity of citizenship of the parties.  Accordingly, the requirements of 28 U.S.C. § 1441(a) are met.

DATED this 18th day of October 2024.

STRONG & HANNI

By   */s/ Andrew D. Wright*

      Andrew D. Wright
      Chet W. Neilson
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2024, a true and correct copy of the foregoing **PETITION FOR REMOVAL** was served by the method indicated below, to the following:

Nathan Langston                                    ( )   U.S. Mail, Postage Prepaid
Jantz Johnston                                      ( )   Hand Delivery
McMullin Injury Law PLLC                    ( )   Overnight Mail
301 N. 200 E.                                         ( )   E-mail
Suite 3C                                               (X)   E-filing Notification
St. George, UT 84770
*Attorneys for the Plaintiff*

*/s/ Heidi McEwen*